UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**RYAN LABERINTO**,

    **Plaintiff,**

v.                                                          Case No. 3:13-cv-367-J-20JRK

**GC SERVICES, LIMITED PARTNERSHIP,**

    **Defendant.**

_____/

## ORDER FOR PRELIMINARY PRETRIAL AND SCHEDULING CONFERENCE

Pursuant to Rule 16(b), <u>Federal Rules of Civil Procedure</u>, and Local Rule 3.05(a), **IT IS ORDERED THAT:**

(a) A Preliminary Pretrial and Scheduling Conference will be held on **Wednesday, July 24, 2013 at 2:00 p.m.**, in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

(b) The Preliminary Pretrial and Scheduling Conference shall be attended by all counsel of record at the time of the conference, and any unrepresented party. When counsel of record appears on behalf of a particular party, such counsel shall be either the trial counsel or the counsel empowered to direct the course of litigation and with the power to enter into settlements on behalf of the represented party.

(c) At the Preliminary Pretrial and Scheduling Conference, all counsel of record, and any unrepresented party, shall be prepared to discuss with the Court the following matters:

    (1) formulation and simplification of the issues, including the elimination of frivolous claims or defenses;

  (2) the necessity or desirability of amendments to the pleadings;

  (3) the possibility of obtaining admissions of fact and of documents which will avoid unnecessary proof, stipulations regarding the authenticity of documents, and advance rulings from the Court on the admissibility of evidence;

  (4) the avoidance of unnecessary proof and of cumulative evidence;

  (5) the identification of witnesses and documents, the need and schedule for filing and exchanging pretrial briefs, and the date or dates for further conferences and for trial;

  (6) the advisability of referring matters to a magistrate judge or master;

  (7) the possibility of settlement or the use of extrajudicial procedures to resolve the dispute;

  (8) the form and substance of the pretrial order;

  (9) the disposition of pending motions;

  (10) the need for adopting special procedures for managing potentially difficult or protracted actions that may involve complex issues, multiple parties, difficult legal questions, or unusual proof problems; and

  (11) such other matters as may aid in the disposition of the action.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of July, 2013.

        HARVEY E. SCHLESINGER
        United States District Judge


       By: /s/ *Marsha Grant*
        Courtroom Deputy Clerk

Copies to:

Benjamin Williams, Esq.
Andrew Dixon, Esq.
Julie Offerman, Esq.
William Helfand, Esq.