**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| RYAN LABERINTO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:13-CV-00367 |
| GC SERVICES, LIMITED PARTNERSHIP, § | (HES/JRK) |
| a foreign corporation § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved by the Parties' agreement.

The Parties hereby respectfully request that this Court allow thirty (30 days within which to complete the settlement, during which time the Parties request the Court to retain jurisdiction over this matter until fully resolved.

Should the Parties not move to reinstate the case or seek other Court intervention in the next thirty (3) days, the Parties request the Court dismiss this case with prejudice at that time.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE
  WILLIAMS & AUGHTRY

       /S/ William S. Helfand
William S. Helfand
Attorney-in-Charge
*Appearing Pro Hac Vice*
bill.helfand@chamberlainlaw.com
State Bar No. 09388250
Federal ID No. 8791
Julie R. Offerman
*Appearing Pro Hac Vice*

julie.offerman@chamberlainlaw.com<br>
State Bar No. 24070360<br>
Chamberlain, Hrdlicka, White,<br>
Williams & Aughtry, P.C.<br>
1200 Smith Street, Suite 1400<br>
Houston, Texas 77002<br>
Telephone: (713) 658-1818<br>
Facsimile: (713) 658-2553

WINDERWEEDLE, HAINES, WARD
 & WOODMAN, P.A.

Andrew T. Dixon, Esq.
390 North Orange Avenue, Suite 1500
P.O. Box 1391
Orlando, FL  32802-1391
Florida Bar No.: 0015195
Telephone: (407) 423-4246
Facsimile: (407) 423-7014

ATTORNEYS FOR DEFENDANT
GC SERVICES LIMITED PARTNERSHIP

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record by certified mail, return receipt requested on this 23rd day of July, 2013:

Ben Williams
Feldman Morgado, P.A.
10151 Deerwood Park Blvd
Building 200, Suite 250
Jacksonville Florida 32256

/S/ William S. Helfand

2