FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2013 JUL 24 PM 2:34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

RYAN LABERINTO,

    **Plaintiff,**

v.                                      CASE NO. 3:13-cv-367-J-20JRK

GC SERVICES, LIMITED PARTNERSHIP,
a foreign corporation,

    **Defendant.**
_____/

## ORDER

This matter is before this Court on Defendant's Notice of Settlement (Dkt. 22). This pleading indicates that the parties settled this matter, but Plaintiff would like thirty (30) days within which to complete the settlement. Pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. The above case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this Court, within thirty (30) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Court will retain jurisdiction over this matter until it is fully resolved.

**DONE AND ENTERED** at Jacksonville, Florida, this 24 day of July, 2013.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Benjamin Williams, Esq.
William S. Helfand, Esq.
Andrew Thomas Dixon, Esq.